JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENCE CAPITAL FUNDING, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MORALE ORCHARDS, LLC, an Oregon Limited Liability Company; JACQUELINE ALEXANDER, an individual; THE PUFF FACTORY LLC, an Oregon Limited Liability Company also known as The Puff Factory, LLC; KNOW YOUR FRUIT, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE No. 8:20-cv-02232-JLS-JDE<br><br>**JUDGMENT AGAINST DEFENDANTS MORALE ORCHARDS, LLC, JACQUELINE ALEXANDER, THE PUFF FACTORY LLC, AND KNOW YOUR FRUIT, LLC** |

The Court, having granted Plaintiff Providence Capital Funding, Inc.'s ("Providence") Motion for Summary Judgment or, Alternatively, Partial Summary Judgment against Defendants Morale Orchards, LLC, Jacqueline Alexander, The Puff Factory LLC, and Know Your Fruit, LLC **HEREBY ORDERS, ADJUDGES AND DECREES THAT**:

    1. Judgment shall be entered in favor of Plaintiff Providence Capital Funding, Inc., a California Corporation ("Providence") against Defendant Morale Orchards, LLC, an Oregon Limited Liability Company ("Morale"); Defendant Jacqueline Alexander, an

individual ("Alexander"); Defendant The Puff Factory, LLC, an Oregon Limited Liability Company also known as The Puff Factory, LLC ("Puff"); and Defendant Know Your Fruit, LLC, a Delaware Limited Liability Company ("Fruit"); and each of them, jointly and severally, in the amount of $89,849.94, plus attorneys' fees and costs to be determined by post judgment application and motion.

    2.    **IT IS FURTHER ORDERED THAT** Providence is to recover from Morale, Alexander, Puff and Fruit possession of the following described personal property:

- (1) One PND Srl Automatic Feeder Model ORN8 S/N 090USA
- (1) One PND Srl Conveyor Belt for Fruit S/N 020USA
- (1) One PND Srl Conveyor Belt for Waste S/N 021USA
- (1) One PND Srl Conveyor Belt for Waste S/N 022USA.

    3.    If Providence obtains possession of the personal property described in paragraph 2 above and sells it at a sale, Providence shall apply the proceeds from any such sale, net of any sale and recovery costs and expenses, to reduce the amount owed by Morale, Alexander, Puff and Fruit under this Judgment after such sale has occurred.

DATED: September 16, 2022

                                       HON. JOSEPHINE L. STATON
                                       UNITED STATES DISTRICT JUDGE